

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:         01-13-00203-CV

Trial Court Cause
Number:               2010-10256

Style:                In re D. Patrick Smitherman

Date motion filed*:   March 14, 2013

Type of motion:       Motion to Stay Proceedings

Party filing motion:  Relator

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Rebeca Huddle
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Justices Keyes, Sharp, and Huddle

Date:  April 9, 2013